UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-00193-JPH-DLP |
| | ) | |
| MONTEZ L. WELLS, | ) | -03 |
| | ) | |
| Defendant. | ) | |

**ENTRY FOR JUNE 21, 2022**

On this date, Defendant Montez Wells appeared in person and by counsel, Dorie Ann Maryan, for a change of plea hearing.  The government appeared by counsel, Assistant United States Attorney Brad Blackington, with its investigative agent, FBI Special Agent Kerry Inglis.  The hearing was recorded by Court Reporter Jodie Franzen.

Defendant was placed under oath.  The Court found that Defendant was fully competent and able to enter an informed plea; Defendant's plea was being made knowingly and voluntarily; and the plea was supported by an independent basis in fact containing each of the essential elements of the offense charged.  The Court accepted the Plea of Guilty after conducting the requisite hearing under Federal Rule of Criminal Procedure 11(b).  The Court adjudged Defendant guilty of Count 1 of the Superseding Indictment.

Defendant was informed of the procedure that will be followed in preparation for and at sentencing and was remanded to the custody of the U.S. Marshal.

1

Distribution:

Bradley A. Blackington
UNITED STATES ATTORNEY'S OFFICE
bradley.blackington@usdoj.gov

Dorie Ann Maryan
MARYAN LAW
doriemaryan@gmail.com